# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 163 MAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
BRYAN  PERRY, :
:
Respondent :

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.

 Justice Wecht did not participate in the consideration and decision of this matter.